UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH KOVACH,<br><br>         Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 3:18-cv-01848-GPC-BLM<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF No. 2]** |

  Plaintiff, William Joseph Kovach, with counsel, has filed a complaint requesting judicial review of the Commissioner's decision denying Plaintiff's claims for disability insurance benefits and supplemental security income under Title II & XVI of the Social Security Act. (ECF No. 1.) Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a) at the time of the filing, but instead filed a Motion to Proceed in Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2.) For the following reasons, the Court GRANTS Plaintiff's motion to proceed IFP.

  All parties instituting any civil action, suit, or proceeding in a district court of the

1

United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all of his or her assets, showing that he or she is unable to pay the fees. *See* 28 U.S.C. § 1915(a). Such an affidavit must include a complete statement of the plaintiff's assets. *See id.*

Here, Plaintiff submitted a declaration reporting that his employment earns him $450 per month. (ECF No. 2 at 1.) He has $15 in a checking account, and owns a motorcycle worth $1,500. (*Id.* at 2–3.) His monthly expenses are $1,200 per month. (*Id.* at 4–5.) Plaintiff does not expect any major changes to his monthly income or expenses, or in his assets or liabilities, during the next year. (*Id.* at 5.) He indicates that he will pay his attorney on a contingency fee basis or by obtaining statutory attorney fees. (*Id.*)

Plaintiff has sufficiently demonstrated that he is unable to pay the required filing fee and that he meets the requirements to proceed IFP. Plaintiff's Motion for Leave to Proceed in Forma Pauperis is therefore GRANTED.

**IT IS SO ORDERED**.

Dated: August 8, 2018

Hon. Gonzalo P. Curiel
United States District Judge